# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Juan Eduardo TORRES-Lara

I, Efren D. Javier, declare and state as follows:

On or about December 19, 2024 the defendant Juan Eduardo TORRES-Lara was apprehended in Laredo, Texas. After a brief interview it was determined that, Juan Eduardo TORRES-Lara was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Juan Eduardo TORRES-Lara was previously REMOVED from the United States on 12/14/2024 at Laredo, Tx. There is no record that Juan Eduardo TORRES-Lara has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of December, 2024 at Laredo, Texas.

Efren D. Javier
Border Patrol Agent
United States Border Patrol